```
1  BEN ROSENFELD (SBN 203845)
   Law Offices of Dennis Cunningham
2  115 1/2 Bartlett Street
   San Francisco, CA 94110
3  (415) 285-8091 / fax: 285-8092

4  Attorneys for Plaintiff
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY THOMPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>　　　　Defendants. | Case No. CV-03-02243-WDB<br><br>**STIPULATION AND ORDER DISMISSING DEFENDANT MERCEDES HERNANDEZ (L.R. 7-12)** |

The undersigned counsel for all of the parties in the above-captioned case hereby stipulate to the dismissal, with prejudice, of defendant Mercedes Hernandez, and all pending and future claims against her which are in any way relate to or arise out of the events, transactions, and occurrences which gave rise to this lawsuit, including all pending or potential claims against her for liability, damages, costs, and/or attorney's fees. The parties agree that both plaintiff Thompson and defendant Hernandez will bear their own costs and fees with respect to Mr. Thomspon's lawsuit against Ms. Hernandez.

DATED: June 2, 2005:
　　as of June 7, 2005

Respectfully Submitted,

*s/ - Ben Rosenfeld*_____
BEN ROSENFELD
Attorney for Plaintiff

LAW OFFICES OF
DENNIS CUNNINGHAM
SAN FRANCISCO, CA

DATED: June 3, 2005:

DENNIS HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
ANTHONY GRUMBACH
Deputy City Attorney

By:

s/ - *Anthony Grumbach*
ANTHONY GRUMBACH
Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 7, 2005:

/s/ Wayne D. Brazil
WAYNE D. BRAZIL
United States Magistrate Judge

LAW OFFICES OF
DENNIS CUNNINGHAM
SAN FRANCISCO, CA