UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gary Thompson, | No. C 03-2243 WDB |
| Plaintiff(s), | ***CORRECTION* TO ORDER FOLLOWING JUNE 8, 2005, CASE MANAGEMENT CONFERENCE** |
| v. | |
| City and County of San Francisco, et al., | |
| Defendants. | |

The Court erroneously ordered that neither party may communicate with Mercedes Hernandez outside the presence of the opposing party. Ms. Hernandez is a city employee, and defendants MAY speak to her outside the presence of plaintiff's counsel.

IT IS SO ORDERED.

Dated: June 14, 2005

/s/ Wayne D. Brazil
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
counsel of record,
WDB, stats.