BEN ROSENFELD (SBN 203845)
Law Offices of Dennis Cunningham
115 1/2 Bartlett Street
San Francisco, CA 94110
(415) 285-8091 / fax: 285-8092

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GARY THOMPSON,

            Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO, *et al.*,

            Defendants.

Case No.  CV-03-02243-WDB

**ORDER GRANTING PLAINTIFF LEAVE TO FILE THIRD AMENDED COMPLAINT**

The Court, having read and considered plaintiff's Motion for Leave to File Third Amended Complaint, and finding good cause thereof, hereby grants plaintiff leave to file the Third Amended Complaint attached to his Motion.

**IT IS SO ORDERED.**

DATED: September 16, 2005:

_____
WAYNE D. BRAZIL
United States Magistrate Judge

LAW OFFICES OF
DENNIS CUNNINGHAM
SAN FRANCISCO, CA