UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gary Thompson, | No. C 03-2243 WDB |
| Plaintiff(s), | ORDER |
| v. | |
| City and County of San Francisco, et al., | |
| Defendants. | |

    The parties have informed the Court that they have settled the above-referenced case contingent upon the San Francisco Board of Supervisor's approval. See parties' correspondence, filed October 24, 2005. The Court congratulates the parties and their attorneys for their efforts in this regard.

    Plaintiff's motion to extend the discovery cut-off, scheduled for hearing November 7, 2005, defendants' motion to dismiss plaintiff's Third Amended Complaint pursuant to Rule 12(b)(6), scheduled for hearing November 15, 2005, the final pretrial conference scheduled to occur on March 14, 2006, and the trial scheduled to begin March 28, 2006, are hereby VACATED.

1 | Defense counsel must promptly e-file a letter describing the time-frame during which he anticipates the San Francisco Board of Supervisors will review the settlement.

IT IS SO ORDERED.

Dated: October 24, 2005

WAYNE D. BRAZIL
United States Magistrate Judge

Copies to: Parties,
WDB, stats.

2