1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar #83788
   Chief Labor Attorney
3  ANTHONY GRUMBACH, State Bar #195107
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Fifth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3947
6  Facsimile:    (415) 554-4248
   E-Mail:       anthony.grumbach@sfgov.org
7

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
9  JESSE WILLIAMS, GWENDOLYN TUCKER,
   JOHNNY MILLER, AND DONALD SANDERS
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RAY MIZYED, GARY THOMPSON, | Case No. C 03-02243 WDB |
|---|---|
| Plaintiffs, | **STIPULATION BY PLAINTIFF GARY THOMPSON AND ALL DEFENDANTS OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, JOHNNY MILLER, JESSE WILLIAMS, DONALD SANDERS, GWENDOLYN TUCKER, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Gary Thompson (through Plaintiff's designated counsel) and Defendants City And County Of San Francisco, Johnny Miller, Jesse Williams, Donald Sanders, and Gwendolyn Tucker (through Defendants' designated counsel) that Plaintiff's above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

All parties to this stipulation shall bear their own attorneys' fees, legal expenses, and costs.

Dated: 12/19/05

BEN T. ROSENFELD
Attorney for Plaintiff
GARY THOMPSON

Dated: January 17, 2006

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
ANTHONY GRUMBACH
Deputy City Attorneys

By: _____
ANTHONY GRUMBACH
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
JESSE WILLIAMS, GWENDOLYN TUCKER,
JOHNNY MILLER, and DONALD SANDERS

IT IS SO ORDERED.

Dated: 3/31/06

WAYNE D. BRAZIL
United States Magistrate Judge

STIPULATION OF DISMISSAL
*MIZYED et al., v. CCSF et al.* CASE NO. C 03-02243

2

N:\LABOR\LI2003\040372\00250630.DOC